■ In the Matter of GILBERT QUINONES, Respondent, v SIOB-
HAN LEONARD, Appellant. [982 NYS2d 429]—Appeal from an order
of the Supreme Court, Onondaga County (Martha E. Mulroy,
A.J.), entered July 9, 2012 in a proceeding pursuant to Family
Court Act article 6. The order, inter alia, granted sole legal and
residential custody of the parties' child to petitioner.

It is hereby ordered that the order so appealed from is
unanimously affirmed for reasons stated in the decision at
Supreme Court. Present—Centra, J.P., Fahey, Lindley, Sconiers
and Whalen, JJ.

■ STEPHANIE L. WORDEN, Respondent, v TONI SIMPSON et
al., Appellants. [982 NYS2d 429]—Appeal from an order of the
Supreme Court, Herkimer County (Norman I. Siegel, J.),
entered November 5, 2012. The order denied the motion of de-
fendants for summary judgment.

Now, upon the stipulation discontinuing action signed by the
attorneys for the parties on August 6, 2013, and filed in the
Herkimer County Clerk's Office on August 27, 2013,

It is hereby ordered that said appeal is unanimously dismissed
without costs upon stipulation. Present—Scudder, P.J., Smith,
Centra, Fahey and Peradotto, JJ.